**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

                                         CASE NO. 11-12275
vs.                                         HON. LAWRENCE P. ZATKOFF

JACKULINE MCKINNEY,

       Defendant.

_____/

## ORDER

On May 24, 2011, Plaintiff filed its complaint against pro se Defendant Jackuline McKinney. On January 30, 2012, Plaintiff filed a Motion for Summary Judgment. Defendant did not timely file a response to Plaintiff's Motion. On May 16, 2012, the Court Ordered Defendant to show cause as to why she did not respond to Plaintiff's Motion. The Court's May 16, 2012, Order to Show Cause notified Plaintiff that her failure to respond to the Order could result in the Court's entry of judgment against her by default.

As of the date of this Order, Defendant has failed to respond to either Plaintiff's Motion for Summary Judgment or the Court's Order to Show Cause. Thus, the Court finds that Plaintiff is in direct violation of the Court's Order and appears to not oppose Plaintiff's Motion for Summary Judgment. Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED.

IT IS SO ORDERED.

                                                               s/Lawrence P. Zatkoff
                                                               LAWRENCE P. ZATKOFF
                                                               UNITED STATES DISTRICT JUDGE

Dated: July 18, 2012

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on July 18, 2012.

                                                               s/Marie E. Verlinde
                                                               Case Manager
                                                               (810) 984-3290